

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 28, 2024

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Edwards et al.*, 23 Cr. 578 (PAC)

Dear Judge Crotty:

    The Government writes in response to the Court's request for a status letter proposing a date for a further conference in this matter. The parties have conferred and respectfully request that the Court schedule the conference for March 28 (any time after noon) or March 29 (any time). The Government also respectfully requests that the Court exclude time through the date of any rescheduled conference pursuant to 18 U.S.C. § 3161(h)(7), as the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    _____
    Jerry J. Fang
    Assistant United States Attorney
    Southern District of New York
    Tel. 212-637-2584

cc: Defense Counsel (by ECF)

---

3/1/2024
A control conference date is scheduled for March 29 at noon. Time will be excluded through March 29, 2024. SO ORDERED.

*Paul A. Crotty*