```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

- against -

MICHAEL EDWARDS, ET AL,

          Defendants.

23-cr-578 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    A conference is scheduled for **March 29, 2024** at **12:00 p.m.**

    The parties are requested to provide the Court with a joint letter explaining the current state of the speedy trial clock in this case by **March 18, 2024**.

SO ORDERED.

Dated:    New York, New York
            March 11, 2024

                                           /s/ John G. Koeltl
                                            John G. Koeltl
                                      United States District Judge