UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL EDWARDS AND CARLOS MERCADO,

Defendants.

23-cr-578 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the conference held on March 28, 2024, any defense motions are due by **May 30, 2024**. Responses are due by **June 21, 2024**. Replies are due by **July 3, 2024**. A hearing on any motions will be held on **July 26, 2024** at **10:00 a.m.**

SO ORDERED.

Dated:   New York, New York
         March 28, 2024

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge