UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                                              23 cr 578 (JGK)

        -against-

                                              **SPEEDY TRIAL ORDER**

MICHAEL EDWARDS and CARLOS MERCADO,
                                Defendant.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

      The parties are directed to appear for a conference on **Wednesday, August 7, 2024, at 11:00am,** before the Honorable John G. Koeltl.

      The Court prospectively excludes the time from today until **August 7, 2024** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 10, 2024