UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                    23 cr 578 (JGK)

-against-

**ORDER OF REMAND**

MICHAEL EDWARDS,

                Defendant.
-------------------------------------------------------------X

For the reasons stated, today, the defendant, Michael Edwards, after a bail review hearing, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, pending trial.

The defendant shall be examined for any medical conditions, and the Bureau of Prisons shall be attentive to any medical conditions the defendant has.

**SO ORDERED.**

                                                                      **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         August 9, 2024