UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

MICHAEL EDWARDS and CARLOS MERCADO,
                      Defendants.
-----------------------------------------------------------------X

23 cr 578 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, January 28, 2025, at 11:30am,** before the Honorable John G. Koeltl.

Because the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **January 28, 2025** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                         _____
                                                         JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 11, 2024