UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

MICHAEL EDWARDS AND CARLOS MERCADO,

Defendants.

23-cr-578 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The next conference is scheduled for **April 24, 2025**, at **2:30 p.m.**

Because a continuance is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **February 25, 2025**, until **April 24, 2025**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   New York, New York
         February 25, 2025

_____
John G. Koeltl
United States District Judge