UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

    - against -                          23-cr-578 (JGK)

MICHAEL EDWARDS AND CARLOS MERCADO,     ORDER

                Defendants.
---

JOHN G. KOELTL, District Judge:

As stated at the conference held today, the Court sets the following schedule for trial. The defendants must file any motions by **July 25, 2025**. The Government's response will be due **August 8, 2025**. The defendants' reply to the Government's response shall be filed by **August 15, 2025**.

The Government's Rule 404(b) disclosures shall be filed by **September 26, 2025**. Requests to charge, proposed voir dire, and motions in limine shall be filed by **October 10, 2025**. Any responses or objections shall be filed by **October 17, 2025**. A final pre-trial conference shall be held on **November 18, 2025**, at **4:30 p.m.** Trial is scheduled for **December 2, 2025** at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           June 10, 2025

                                                John G. Koeltl
                                       United States District Judge