

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 29, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Edwards*, S2 23 Cr. 578 (JGK)

Dear Judge Koeltl:

The Government respectfully writes on behalf of the parties to request an adjournment of the sentencing date for defendant Michael Edwards, which is currently scheduled for February 18, 2026, as well as the associated deadlines for the disclosure of the presentence investigation report and the parties' sentencing submissions.

The Government understands that the defendant's presentence interview is scheduled to occur on January 5, 2026.  To enable sufficient time for the presentence investigation to be completed, the parties respectfully request that the Court adjourn the sentencing date and schedule as follows:

- January 27, 2026:  Disclosure of draft PSR
- February 25, 2026:  Disclosure of final PSR
- 14 days before sentencing: Defendant to file his sentencing submission
- 8 days before sentencing: Government to file its sentencing submission
- Week of April 6, 2026:  Sentencing hearing

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/
William K. Stone / Jerry J. Fang
Assistant United States Attorneys
Southern District of New York
Tel. 212-637-2521 / 2584

cc: Mark DeMarco, Esq. (by ECF)
U.S. Probation Officer Pamela Flemen (by email)