UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -

MICHAEL EDWARDS,

              Defendant.

23-cr-578 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On December 29, 2025, the Government requested an adjournment of the sentencing date for the defendant, Michael Edwards, which is currently scheduled for February 18, 2026. Mr. Edwards's sentencing is **adjourned** to **Tuesday, April 7, at 4:30 p.m.** Defense submission is due March 23, 2026. Government submission is due March 30, 2026.

SO ORDERED.

Dated:    New York, New York
           January 5, 2026

                                   John G. Koeltl
                        United States District Judge