**Mark S. DeMarco**
Attorney At Law
100 Lafayette Street, Suite 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

March 11, 2026

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

**BY ECF & ELECTRONIC MAIL**

        Re: *United States v. Edwards & Mercado*
           23 Cr. 578 (JGK)

Your Honor:

  With the Government's consent, I write to respectfully request a 30-day adjournment of Mr. Edwards's sentencing which is presently scheduled for April 7, 2026.  This adjournment is requested so that important records can be obtained and an exhaustive sentencing submission can be prepared and filed with this Court.

  Accordingly, it is respectfully requested that Mr. Edwards's sentencing be adjourned to May 8, 2026, or to a date convenient for this Court.

  Thank you for your attention to this matter.

           Respectfully submitted,

           *Mark S. DeMarco*

           Mark S. DeMarco

cc: Jerry Fang, Esq.
   William Stone, Esq.
   Assistant United States Attorneys
   By Electronic Mail