# EXHIBIT B

 

## Inmate Voluntary Work Program Evaluation

| | | |
|---|---|---|
| **Inmate Name** | Edwards | Michael |
| | Last Name | First Name |
| **Commitment/A-Number** | 24707734 | |
| **Housing Unit/Location** | 3D3 | |
| **Date** | 03/16/2026 | |

All housing unit officers on the 1400-2200 shift shall complete an Inmate/ICE Detainee Voluntary Work Program Evaluation for all housing unit workers. The evaluations must occur on a bi-monthly basis (May 1st, July 1st, September 1st, etc.) and the completed forms must be kept with the workers file on the unit. You will receive written documents when removed from a detail.

**Inmate Work Performance Rating**

☒ **Satisfactory**

☐ **Unsatisfactory**

**Comments:** Inmate Edwards Comes to work without missing a day. He has been working in the Kitchen for 9 months. Inmate Edwards gives staff respect and always offers to help whenever the staff need his assistance. Inmate Edwards never had any incidents while working in the Kitchen Detail. I recommend him for any future work.

| **1400-2200 Officer** | CPO. Rizzolo #2606 | #2606 | 03/16/2026 |
|---|---|---|---|
| | Print | Signature & ID# | Date |

Case 1:23-cr-00578-JGK    Document 186-2    Filed 04/27/26    Page 3 of 3

# Certificate of Achievement

This certifies that

## MICHAEL EDWARDS

is awarded this certificate for

## OUTSTANDING WORK PERFORMANCE

on this 6th day of January, 2026

R. Marrow, Deputy Director
Essex County Correctional Facility

Jennifer Langenbach
Resident District Director