# EXHIBIT C

Katarina Henry
Dear Your Honor,

My name is Katarina Henry. I am Michael's first younger sister, and I am currently in high school training to become a Certified Nursing Assistant. I am writing to you today to provide a viewpoint into Michael's true character and the main role he plays in our family.

I feel like I know my brother very well just based on growing up with him and him being more like a father figure to me and our little sister more than a brother. He has helped me with everything like homework,life choices,and so much more that others probably don't get from their older sibling. Michael to me and our little sister is like a 2nd father figure to us, when we needed clothes,food,money for our birthdays, help with homework,taking us to carnivals for the summer, he was always there to give us anything and be patient and kind to us.

I believe that Michael is a very honest person and I can feel as though I can go to him for advice when needed because he is a very straightforward person.

He is the most generous and caring person I've known/seen, I remember a specific time where he would buy us groceries for the house when we didn't have any. He rescued a puppy and gave her to us because we've always wanted a pet. The puppy always cries when she sees him because she loves him. I remember when a homeless guy asked for money when he was at a stop light and he gave the homeless guy money to get something to eat. I believe he is someone to rely on.

Michael graduated high school and has worked all his life and I've looked up to him as an older sibling ever since because I truly think he is the most trustworthy,graceful,patient,caring person ever. He has made many contributions to me,our little sister,and other family members by just being himself and being as honest and as caring as he would be to anyone.

Michael's reputation is very dear to him and I believe that everyone would say Michael is an amazing person, friend wise, brother wise, and stranger wise. Michael is a very well liked person in my opinion, he can make you laugh even when you're upset. He is a very charismatic, cheerful, and positive person overall.

Michael is a very hard working person in my opinion because he wants better for himself and family so he will work as hard as he can to make sure everyone else is okay before putting himself first and i think that is very inspiring. Michael's qualities as a person have inspired me to be who I am and I look up to him just from him being so patient, a cheerful person, and caring for everyone around him.

I hold these such positive opinions about Michael because he has shown me what a good person looks like just from helping anyone that needs him like family,friends, and even strangers.While I understand the gravity of the situation I know Michael is a good person. I know that based on following other people his choices have not been the best, but he has never hurt anyone or tried to deem himself as a bad person. I think everyone makes mistakes and everyone can learn from their mistakes. Michael has expressed so much remorse to me,our little sister, and mother and I believe he has learned from his actions.


Sincerely,
Katarina Henry

Krisian Henry
Dear Your Honor,

Hi i am Michael Edwards youngest sister Krisian Henry im currently in high school practicing to be a CNA but my goal is to be a Clinical Research Nurse. I have known my brother Michael my entire life. So just based on him being in my life I feel like I know him well enough to know he is not a threat to the community whatsoever.

Micheal is not only a brother to me he's also a best friend and a father figure to not only me but also to my sister. He is someone who I look up to and rely on. He is honest, dependable and always there when we need him for advice or support. Micheal is also very charismatic and will try to make you laugh even when he's going through hard times himself.

He is hardworking and chooses peace instead of any negativity and always tries to solve a problem with positivity. Michael often puts others before himself which may be bad but it shows how selfless he is. There have been times when Michael went out of his way and gave money to the people in need. He also has helped when I was struggling to do my hair for school and driving my sister and I to school. Even though Micheal has made mistakes in life it does not define him as a person which I hope you can see and give him another chance to prove himself. Mistakes are supposed to be made to learn and build us as a person. I truly believe he is a good person, son, brother and father to the community, my family and to his 2 youngest daughters.

Sincerely,
Krisian Henry