**Mark S. DeMarco**
Attorney At Law
100 Lafayette Street, Suite 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

May 7, 2026

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

**BY ECF & ELECTRONIC MAIL**

Re:   *United States v. Michael Edwards*
**23 Cr. 578 (JGK)**

Your Honor:

Since I am presently on trial in the case of *People v. Nuo Ivezic*, Bronx County Indictment Number 74967/2023, I am unable to appear for Mr. Edwards's sentencing which is currently scheduled for May 11, 2026.  Accordingly, it is respectfully requested that the sentencing be adjourned for 30-days to a date convenient to the parties and this Court.

Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco

cc:   Jerry Fang, Esq.
      William Stone, Esq.
      Assistant United States Attorneys
      By Electronic Mail

ADJOURNED TO THURSDAY, JUNE 25, 2026, AT 11:30AM
SO ORDERED.
5/7/26    JSDJ