UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

MICHAEL EDWARDS,

Defendant.

23-cr-578-1 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The Government seeks an order of forfeiture in the amount of $10,859,090.95. Gov't Sentencing Submission 17, ECF No. 187. The Government also seeks an award of restitution in the same amount, although the Government seeks to leave the identification of the victims open to determine the exact payees. Id. at 17 n.5. The parties should advise the Court by June 24, 2026 whether either party seeks a Fatico hearing. The parties should also advise the Court whether they seek a Fatico hearing on the amount of intended loss for purposes of the Sentencing Guidelines calculations.

SO ORDERED.

Dated:    New York, New York
          June 22, 2026

_____
John G. Koeltl
United States District Judge