**Mark S. DeMarco**
Attorney At Law
100 Lafayette Street, Ste. 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

June 24, 2026

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

**BY ECF & ELECTRONIC MAIL**

            **Re:**    *United States v. Michael Edwards*
                      **23 Cr. 578 (JGK)**

Your Honor:

Pursuant to this Court's order dated June 22, 2026, please be advised that Mr. Edwards respectfully requests a *Fatico* hearing on both the Government's forfeiture/restitution amount ($10,859,090.95) and the intended loss amount for purposes of the United States Sentencing Guidelines calculations.

Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco
Attorney for Michael Edwards

cc:    Jerry Fang, Esq.
       William Stone, Esq.
       Assistant United States Attorneys
       By ECF & Electronic Mail