UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

MICHAEL EDWARDS,

Defendant.

23-cr-578-1 (JGK)

<u>Order</u>

---

**John G. Koeltl, District Judge:**

On June 22, 2026, the Court directed the parties to advise by June 24, 2026, whether either party seeks a <u>Fatico</u> hearing. The submissions regarding whether either party seeks a <u>Fatico</u> hearing are due by **2:00 p.m.** on June 24, 2026.

SO ORDERED.

Dated:    New York, New York
          June 23, 2026

_____
John G. Koeltl
United States District Judge