UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -                                    23-cr-578-1 (JGK)

MICHAEL EDWARDS,                               Order

                    Defendant.

John G. Koeltl, District Judge:

    The Court will not proceed to sentencing on June 25, 2026 at 11:30 a.m., but will use that time for a conference to discuss scheduling and any other preliminary matters for a Fatico hearing.

SO ORDERED.

Dated:    New York, New York
          June 24, 2026

                                      John G. Koeltl
                                      United States District Judge