UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

MICHAEL EDWARDS,

Defendant.

23-cr-578-1 (JGK)

<u>Order</u>

---

**John G. Koeltl, District Judge:**

The parties should propose a schedule for the <u>Fatico</u> hearing including any pre-hearing filings and any proposed dates. If the parties' submission is sufficient, the conference scheduled for July 8, 2026, can be canceled and a firm date for the <u>Fatico</u> hearing can be set. The parties should consult with Mr. Fletcher with respect to the Court's calendar.

SO ORDERED.

Dated:    New York, New York
          June 25, 2026

_____
          John G. Koeltl
          United States District Judge