**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 31, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Michael Edwards*, S2 23 Cr. 578 (JGK)**

Dear Judge Koeltl:

The Government respectfully writes, with the consent of the defendant, to request a brief extension of the deadline for the Government's opening submission on disputed factual issues in advance of sentencing, which is currently due on July 31, 2026.

A brief extension of the Government's deadline to August 3, 2026, would enable the Government to continue discussions with defense counsel to narrow the scope of any factual disputes between the parties and finalize the Government's submission accordingly. The Government consents to a reciprocal extension of the defendant's deadline to file a response from August 21, 2026, to August 24, 2026, and the Government does not anticipate any request to extend the deadline to submit any reply. The defendant, through counsel, has no objection to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
7/31/26

By: /s/
Jerry J. Fang / William K. Stone
Assistant United States Attorneys
Southern District of New York
Tel. 212-637-2584 / -2521

cc: Mark S. DeMarco, Esq. (by ECF)