UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

23 cr 578-01 (JGK)

MICHAEL EDWARDS,

Defendant.
--------------------------------------------------------------X

Sentencing for defendant Michael Edwards, scheduled for Wednesday, September 30, 2026, is **adjourned to Wednesday, October 7, 2026, at 2:30pm.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 24, 2026.